IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 13-251 |
| MARCELINO SOTO-GONZALEZ | : | |

## ORDER

And now, this 28th day of ~~December~~ February, ~~2013~~ 2017, upon consideration of defendant's Motion for Judgment of Acquittal Pursuant to Rule 29 of the Federal Rules of Criminal Procedure, and the government's response thereto, it is ORDERED that defendant's Motion for judgment of acquittal pursuant is DENIED.

BY THE COURT:

_____
HONORABLE MICHAEL M. BAYLSON
*Judge, United States District Court*